**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00044-REB-BNB

HAYKE CAPERTON,

      Plaintiff,

v.

HEALTHONE OF DENVER, INC.,

      Defendant.

## ORDER REASSIGNING CASE

**Blackburn, J.**

      After conferring with the Honorable William J. Martinez, United States District Judge for the District of Colorado, as required by D.C.COLO.LCivR 3.2(d) and with the approval of the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado, as required by D.C.COLO.LCivR 40.1(a), this case should be transferred to Judge Martinez by special assignment as a related case under D.C.COLO.LCivR 40.1(c)(4)(b).

      **THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 40.1(a) and (c)(4)(b), this case is **TRANSFERRED** to the Honorable William J. Martinez, United States District Judge.

      Dated January 27, 2014, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge